UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN B. MOOREHEAD,<br><br>  Petitioner,<br><br> v.<br><br>S.C. SOLICITOR'S OFFICE,<br><br>  Respondent. | Case No. 25-cv-02069-JSC<br><br>**ORDER OF DISMISSAL** |

On February 27, 2025, Petitioner, a prisoner proceeding without representation by an attorney, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254. (ECF No. 1.) On the same day, the Clerk notified Petitioner he had not paid the filing fee or filed an application to proceed in forma pauperis ("IFP"). (ECF No. 3.) The notice directed Petitioner to correct this deficiency. (*Id.*) Along with the notice, the Clerk mailed Petitioner the Court's IFP application, as well as a stamped return envelope and instructions for completing the application. The notice informed Petitioner that if he did not respond within 28 days, the case would be dismissed. (*Id.*) More than 28 days have passed, and no response has been received. As Petitioner has not paid the filing fee, completed his IFP application, requested an extension of time to do so, or shown cause why not, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: April 21, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge